UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES FOOD AND DRUG<br>ADMINISTRATION,<br><br>     Defendant. | Civil Action No. 24-3070 (CRC) |

**UNOPPOSED MOTION FOR MODIFICATION OF THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendant, the United States Food and Drug Administration ("FDA" or "Defendant"), by and through undersigned counsel, respectfully moves for an extension of time, until April 27, 2026, within which to file its motion for summary judgment in this Freedom of Information Act ("FOIA") case, and a corresponding modification of the summary judgment briefing schedule. Pursuant to the January 9, 2026, Minute Order of the Court, Defendant's motion for summary judgment is presently due on March 13, 2026.

This is Defendant's second request for a modification of the summary judgment briefing schedule.

**LOCAL CIVIL RULE 7(m) STATEMENT**

Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with counsel for Plaintiff, Karin Sweigart, regarding the relief requested in this motion and she kindly stated that she has no objection to the requested relief.

**ARGUMENT**

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Good grounds exist for the granting of this motion pursuant to Fed. R. Civ, P. 6(b)(1).

First, there is new Agency counsel for FDA assigned to this matter and he has been out of the office due to illness for several weeks and has been unable to assist undersigned Counsel in preparing material necessary to support the motion for summary.  Agency Counsel therefore requests additional time to review the matter and prepare supporting material for a dispositive motion.

Second, as with all AUSA's in the office, undersigned counsel's docket has become exceedingly busy, the most burdensome it has been in his more than five years with the office.  It is therefore not always possible to adhere to filing dates, despite counsel's best efforts.  Counsel therefore requests additional time to consult with the Agency to prepare a dispositive motion.

Third, undersigned counsel is scheduled to be out of the country as of April 1, 2026, and returning on April 13, 2026.

Due to the foregoing, it is respectfully requested that the Defendant be granted additional time to file its motion for summary judgment and that a corresponding modification of the summary judgment briefing schedule be made.

 A proposed order is attached.

- 3 -

Dated: March 12, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: /s/ *Thomas W. Duffey*
    THOMAS W. DUFFEY
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 252-2510
    Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

  Plaintiff,

  v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION,

  Defendant.

Civil Action No. 24-3070 (CRC)

## [PROPOSED] ORDER

This matter, having come before the Court on the unopposed motion of the Defendant to extend the time for the filing of a summary judgment motion and a modification of the summary judgment briefing schedule, and the Court having considered the motion, and the entire record herein, the motion is GRANTED, and it is

ORDERED, that the Defendant shall file its summary judgment motion on or before April 27, 2026; Plaintiff to file its opposition by May 11, 2026; and Defendant to file its reply by May 18, 2026.

_____
CHRISTOPHER R. COOPER
United States District Judge